IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY LEE ROLLINS                                                                                          PLAINTIFF

VS.                                           Civil No. 4:10-cv-4117

CAPTAIN JOHNNY GODBOLT, et al.                                                          DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed October 17, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24.  Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to follow a court order to complete discovery.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of November, 2011.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge